**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  BEDOLLA, JUAN CARLOS       §   Case No. 11-29124
       LOPEZ, LOURDES                  §
                                       §
                                       §
               Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/15/2011. The undersigned trustee was appointed on 11/05/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of    $    640,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 78,100.00 |
| Administrative expenses | 221,212.18 |
| Bank service fees | 4,383.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 336,304.41 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 02/06/2015 and the deadline for filing governmental claims was 01/11/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $23,529.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $23,529.99, for a total compensation of $23,529.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/21/2017                           By: /s/ Michael Desmond
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 11-29124 | Trustee Name: | (330623) Michael Desmond |
|---|---|---|---|
| Case Name: | BEDOLLA, JUAN CARLOS / LOPEZ, LOURDES | Date Filed (f) or Converted (c): | 07/15/2011 (f) |
| | | § 341(a) Meeting Date: | 08/16/2011 |
| For Period Ending: | 06/21/2017 | Claims Bar Date: | 02/06/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: Colonial 4 bedrooms, 2 1/2 baths, kit | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Living Room Set | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Kids Bed Room Set | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Computers for School for kids | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Kitchen Appliances | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Master Bed Room Set | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Washer & Dryer | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Dining Room Set | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing for the Family | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Medical Malpractice claim (u) | 0.00 | 10,000.00 | | 640,000.00 | FA |
| 11 | Assets    Totals    (Excluding unknown values) | $226,850.00 | $10,000.00 | | $640,000.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| **Case No.:** 11-29124 | **Trustee Name:** (330623) Michael Desmond |
| **Case Name:** BEDOLLA, JUAN CARLOS / LOPEZ, LOURDES | **Date Filed (f) or Converted (c):** 07/15/2011 (f) |
| | **§ 341(a) Meeting Date:** 08/16/2011 |
| **For Period Ending:** 06/21/2017 | **Claims Bar Date:** 02/06/2015 |

**Major Activities Affecting Case Closing:**

Case reopened on November 4, 2014.  Trustee retained Special Counsel to pursue undisclosed Medical Malpractice case.  Trustee has recently reached a settlement of the medical malpractice claim for $640,000.00 which is subject to bankruptcy court approval.

**Initial Projected Date Of Final Report (TFR):** 12/31/2016          **Current Projected Date Of Final Report (TFR):** 12/31/2016

06/21/2017                                                                                           /s/Michael Desmond
_____                                                              _____
Date                                                                                                    Michael Desmond

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-29124 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | BEDOLLA, JUAN CARLOS LOPEZ, LOURDES | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6226 | Account #: | ******2000 Checking |
| For Period Ending: | 06/21/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/16/2016 | {11} | Evanston Insurance Company | Settlement payment pursuant to Order dated 8/11/16 | 1242-000 | 575,000.00 |  | 575,000.00 |
| 09/16/2016 | {11} | Landmark American Insurance Company | Settlement Payment pursuant to Order dated 8/11/16 | 1242-000 | 65,000.00 |  | 640,000.00 |
| 09/30/2016 | 101 | Beutel Hurst Boleky, LLC | Attorney's Fees Special Counsel per Order dated 8/11/2016 | 3210-600 |  | 213,312.00 | 426,688.00 |
| 09/30/2016 | 102 | Beutel Hurst Boleky, LLC | Allowed Expenses for Special Counsel per Order dated 8/11/2016 | 3220-610 |  | 7,900.18 | 418,787.82 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 336.61 | 418,451.21 |
| 10/07/2016 | 103 | Equian, as Recovery Agent for Accident Fund Insurance Company of America | Medical Lien Claim Settlement payment pursuant to Order dated August 11, 2016 | 4220-000 |  | 1,500.00 | 416,951.21 |
| 10/07/2016 | 104 | First Recovery Group, LLC | Medical Lien Claim Settlement payment pursuant to Order dated August 11, 2016 - FRG File No. ******-**2211 | 4220-000 |  | 7,000.00 | 409,951.21 |
| 10/07/2016 | 105 | BlueCross BlueShield of Illinois | Medical Lien Claim Settlement payment pursuant to Order dated August 11, 2016 - Event I.D. 7434028 | 4220-000 |  | 69,600.00 | 340,351.21 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

Exhibit B

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 11-29124 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | BEDOLLA, JUAN CARLOS LOPEZ, LOURDES | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6226 | Account #: | ******2000 Checking |
| For Period Ending: | 06/21/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 578.58 | 339,772.63 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 520.06 | 339,252.57 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 486.63 | 338,765.94 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 519.66 | 338,246.28 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 454.08 | 337,792.20 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 502.06 | 337,290.14 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 452.79 | 336,837.35 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 532.94 | 336,304.41 |
| | | | COLUMN TOTALS | | 640,000.00 | 303,695.59 | $336,304.41 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 640,000.00 | 303,695.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $640,000.00 | $303,695.59 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

| | Exhibit B |
|---|---|
| **Form 2** | Page: 3 |

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 11-29124 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | BEDOLLA, JUAN CARLOS<br>LOPEZ, LOURDES | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6226 | **Account #:** | ******2000 Checking |
| **For Period Ending:** | 06/21/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2000 Checking | $640,000.00 | $303,695.59 | $336,304.41 |
| | **$640,000.00** | **$303,695.59** | **$336,304.41** |

| | |
|---|---|
| **06/21/2017** | **/s/Michael Desmond** |
| **Date** | **Michael Desmond** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 11-29124**  **JUAN CARLOS BEDOLLA AND LOURDES**

Claims Bar Date: 02/06/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 101 | Equian, as Recovery Agent for Accident Fund Insurance Company of America<br>c/o Brian T. Bailey, Bailey & Bailey<br>190 S. LaSalle St., Suite 2100<br>Chicago, IL 60603<br><4220-000 Personal Property & Intangibles - Non-consensual Liens><br>, 100 | Secured<br>10/10/16 | | $0.00<br>$1,500.00 | $1,500.00 | $0.00 |
| | Medical Lien Claim Settlement Payment pursuant to Order dated August 11, 2016 | | | | | |
| 102 | First Recovery Group, LLC<br>c/o Kelly Glish, Recovery Atty.<br>P.O. Box 771932<br>Detroit, MI 48277-1932<br><4220-000 Personal Property & Intangibles - Non-consensual Liens><br>, 100 | Secured<br>10/10/16 | | $0.00<br>$7,000.00 | $7,000.00 | $0.00 |
| | Medical Lien Claim Settlement Payment pursuant to Order dated August 11, 2016 | | | | | |
| 103 | BlueCross BlueShield of Illinois<br>Health Care Service Corporation<br>25552 Network Place<br>Chicago, IL 60673-1255<br><4220-000 Personal Property & Intangibles - Non-consensual Liens><br>, 100 | Secured<br>10/10/16 | | $0.00<br>$69,600.00 | $69,600.00 | $0.00 |
| | Medical Lien Claim Settlement Payment Pursuant to Order dated August 11, 2016 | | | | | |
| ATTY FEE | Figliulo & Silverman, P.C.<br>10 S. LaSalle St.<br>Suite 3600<br>Chicago, IL 60603<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>06/02/17 | | $21,750.00<br>$21,750.00 | $0.00 | $21,750.00 |
| | Attorney for Trustee - Fees (Trustee Firm) | | | | | |
| CLERK | Clerk of the US Bankruptcy Court<br>Eastern Division<br>219 S. Dearborn St<br>Chicago, IL 60604<br><2700-000 Clerk of the Court Fees><br>, 200 | Administrative<br>10/24/14 | | $260.00<br>$260.00 | $0.00 | $260.00 |
| | Trustee to Administer Personal Injury Settlement | | | | | |

Page: 2

# Exhibit C
## Analysis of Claims Register

**Case:** 11-29124                          **JUAN CARLOS BEDOLLA AND LOURDES**

Claims Bar Date: 02/06/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP | Martoccio & Martoccio<br>15 N. Lincoln St<br>Hinsdale, IL 60561<br><3702-000 Attorney for Debtor Expenses><br>, 200 | Administrative<br>10/25/16 | | $5,000.00<br>$5,000.00 | $0.00 | $5,000.00 |
| | Per Order Dated 10/25/2016 allowing Chapter 7 Administrative Claim for expenses incurred by Debtor's counsel in connection with Personal Injury Case. | | | | | |
| Expenses | Figliulo & Silverman, P.C.<br>10 S. LaSalle St.<br>Suite 3600<br>Chicago, IL 60603<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>06/02/17 | | $92.84<br>$92.84 | $0.00 | $92.84 |
| | Attorney for Trustee - EXPENSES (Trustee Firm) | | | | | |
| FEE | Michael Desmond<br>10 South LaSalle<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>08/18/15 | | $23,529.99<br>$23,529.99 | $0.00 | $23,529.99 |
| | Beutel Hurst Boleky, LLC<br>350 N. LaSalle St.<br>Suite 810<br>Chicago, IL 60654<br><3210-600 Special Counsel for Trustee Fees><br>, 200 | Administrative<br>09/30/16 | | $0.00<br>$213,312.00 | $213,312.00 | $0.00 |
| | Special Counsel's Fees pursuant to Order entered 8/11/16 | | | | | |
| | Beutel Hurst Boleky, LLC<br>350 N. LaSalle St.<br>Suite 810<br>Chicago, IL 60654<br><3220-610 Special Counsel for Trustee Expenses><br>, 200 | Administrative<br>09/30/16 | | $0.00<br>$7,900.18 | $7,900.18 | $0.00 |
| | Special Counsel's Expenses pursuant to Order entered 8/11/16 | | | | | |
| SURPLUS | BEDOLLA, JUAN CARLOS and LOPEZ, LOURDES<br>4125 S. CENTER AVE<br>LYONS, IL 60534<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>06/20/17 | | $0.00<br>$234,400.19 | $0.00 | $234,400.19 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case:** 11-29124    **JUAN CARLOS BEDOLLA AND LOURDES**

Claims Bar Date: 02/06/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/16/15 | | $953.80 $953.80 | $0.00 | $953.80 |
| 1I | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/20/17 | | N/A $8.13 | $0.00 | $8.13 |
| 2 | American Education Services, <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 02/15/17 | | $16,306.27 $16,306.27 | $0.00 | $16,306.27 |
| 2I | American Education Services, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/20/17 | | N/A $139.04 | $0.00 | $139.04 |
| 3 | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP,, <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 03/03/17 | | $16,996.42 $16,996.42 | $0.00 | $16,996.42 |
| 3I | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP,, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/20/17 | | N/A $144.92 | $0.00 | $144.92 |
| 4 | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP,, <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 03/03/17 | | $16,581.43 $16,581.43 | $0.00 | $16,581.43 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 11-29124     JUAN CARLOS BEDOLLA AND LOURDES

Claims Bar Date: 02/06/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP,, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 06/20/17 | | N/A $141.38 | $0.00 | $141.38 |
| | | | **Case Total:** | | **$299,312.18** | **$336,304.41** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-29124
Case Name: JUAN CARLOS BEDOLLA AND
Trustee Name: Michael Desmond

**Balance on hand:** $ 336,304.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 101 | Equian, as Recovery Agent for Accident Fund Insurance Company of America | 0.00 | 1,500.00 | 1,500.00 | 0.00 |
| 102 | First Recovery Group, LLC | 0.00 | 7,000.00 | 7,000.00 | 0.00 |
| 103 | BlueCross BlueShield of Illinois | 0.00 | 69,600.00 | 69,600.00 | 0.00 |

Total to be paid to secured creditors:  $        0.00
Remaining balance:  $  336,304.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael Desmond | 23,529.99 | 0.00 | 23,529.99 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 21,750.00 | 0.00 | 21,750.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 92.84 | 0.00 | 92.84 |
| Special Counsel for Trustee Fees - Beutel Hurst Boleky, LLC | 213,312.00 | 213,312.00 | 0.00 |
| Special Counsel for Trustee Expenses - Beutel Hurst Boleky, LLC | 7,900.18 | 7,900.18 | 0.00 |
| Attorney for Debtor Expenses - Martoccio & Martoccio | 5,000.00 | 0.00 | 5,000.00 |

Total to be paid for chapter 7 administrative expenses:  $   50,632.83
Remaining balance:  $  285,671.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $        0.00
Remaining balance:  $  285,671.58

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 285,671.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $953.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services | 953.80 | 0.00 | 953.80 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 953.80 |
| Remaining balance: | $ | 284,717.78 |

Tardily filed claims of general (unsecured) creditors totaling $49,884.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American Education Services | 16,306.27 | 0.00 | 16,306.27 |
| 3 | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP, | 16,996.42 | 0.00 | 16,996.42 |
| 4 | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP, | 16,581.43 | 0.00 | 16,581.43 |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 49,884.12 |
| Remaining balance: | $ | 234,833.66 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 234,833.66 |

  To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.14% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $433.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $234,400.19.

**UST Form 101-7-TFR(5/1/2011)**