# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JUAN CARLOS BEDOLLA and | ) | Case No. 11-29124 |
| LOURDES LOPEZ, | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

## PROOF OF SERVICE

**TO:**   See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties listed on the Manual Notice List on the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on July 7, 2017 before the hour of 5:00 p.m., proper postage prepaid.

Dated: July 7, 2017

Respectfully submitted,

MICHAEL DESMOND, not individually but as Chapter 7 Trustee of the bankruptcy estate of JUAN CARLOS BEDOLLA and LOURDES LOPEZ

By: /s/ Michael K. Desmond

Michael K. Desmond (IL #6208809)
Lindsey L. Purdy (IA #AT0011959)
FIGLIULO & SILVERMAN, P.C.
Ten South LaSalle Street, Suite 3600
Chicago, Illinois 60603
312-251-4600
312-251-4610 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2017, I electronically filed the:

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals listed under the Electronic Mail Notice List. Also, all parties listed on the Manual Notice List will be served by depositing a copy of same in the U.S. Mail on July 7, 2017 before the hour of 5:00 p.m., proper postage prepaid.

/s/ Michael K. Desmond, Trustee

**Mailing Information for Case 11-29124 [as of 6/21/17] Electronic Mail Notice List**

- **Michael Borree**  borree@dbmslaw.com
- **James W Davidson**  jdavidson@ohaganlaw.com, jhoward@ohaganlaw.com
- **Michael K Desmond**  mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond**  mdesmond@fslegal.com, dorisbay@fslegal.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Ross P. Schreiter**  rschreiter@comcast.net
- **Lucesther Vazquez**  attorneylvazquez@yahoo.com

**Manual Notice List**

Lucesther Vazquez
Martoccio & Martoccio
15 N. Lincoln
Hinsdale, IL 60521
*Debtor's Counsel*

Juan Carlos Bedolla and Lourdes Lopez
4125 S. Center Ave
Lyons, IL 60534
*Debtors*

PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 92602
(C*reditor – Claim #1*)

American Education Services
P.O. Box 8183
Harrisburg, PA 17105
*(Creditor – Claim #2)*

Chase Bank USA, N.A.
c/o Kevin C. Driscoll, Jr.
Barnes & Thornburg LLP
1 N Wacker Dr., Suite 4400
Chicago, IL 60606
*(Creditor – Claim #3)*

Chase Bank USA, N.A.
c/o Kevin C. Driscoll, Jr.
Barnes & Thornburg LLP
1 N Wacker Dr., Suite 4400
Chicago, IL 60606
*(Creditor – Claim #4)*