**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

| | | |
|---|---|---|
| In re: BEDOLLA, JUAN CARLOS | § | Case No. 11-29124 |
| LOPEZ, LOURDES | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $226,850.00 | Assets Exempt: $6,850.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $129,369.83 | Claims Discharged Without Payment: $611,534.40 |
| Total Expenses of Administration: $276,228.34 | |

3) Total gross receipts of $640,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $234,401.83 (see **Exhibit 2**), yielded net receipts of $405,598.17 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $307,027.00 | $0.00 | $78,100.00 | $78,100.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $55,016.16 | $276,228.34 | $276,228.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $611,534.40 | $50,837.92 | $51,269.83 | $51,269.83 |
| **TOTAL DISBURSEMENTS** | $918,561.40 | $105,854.08 | $405,598.17 | $405,598.17 |

4) This case was originally filed under chapter 7 on 07/15/2011.  The case was pending for 74 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  _____09/07/2017_____        By: /s/ Michael  Desmond _____

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical Malpractice claim | 1242-000 | $640,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$640,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BEDOLLA, JUAN CARLOS and LOPEZ, LOURDES | Distribution payment - Dividend paid at 100.00% of $234,401.83; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $234,401.83 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$234,401.83** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 101 | Equian, as Recovery Agent for Accident Fund Insurance Company of America | 4220-000 | NA | $0.00 | $1,500.00 | $1,500.00 |
| 102 | First Recovery Group, LLC | 4220-000 | NA | $0.00 | $7,000.00 | $7,000.00 |
| 103 | BlueCross BlueShield of Illinois | 4220-000 | NA | $0.00 | $69,600.00 | $69,600.00 |
| N/F | Bac Home Loans Servici | 4110-000 | $227,618.00 | NA | NA | NA |
| N/F | Harris N.a. | 4110-000 | $51,298.00 | NA | NA | NA |
| N/F | Toyota Motor Credit | 4110-000 | $28,111.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$307,027.00** | **$0.00** | **$78,100.00** | **$78,100.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael Desmond | 2100-000 | NA | $23,529.91 | $23,529.91 | $23,529.91 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 3110-000 | NA | $21,750.00 | $21,750.00 | $21,750.00 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 3120-000 | NA | $92.84 | $92.84 | $92.84 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $4,383.41 | $4,383.41 | $4,383.41 |
| Special Counsel for Trustee Fees - Beutel Hurst Boleky, LLC | 3210-600 | NA | $0.00 | $213,312.00 | $213,312.00 |
| Special Counsel for Trustee Expenses - Beutel Hurst Boleky, LLC | 3220-610 | NA | $0.00 | $7,900.18 | $7,900.18 |
| Attorney for Debtor Expenses - Martoccio & Martoccio | 3702-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$55,016.16** | **$276,228.34** | **$276,228.34** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services | 7100-000 | NA | $953.80 | $953.80 | $953.80 |
| 1I | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services | 7990-000 | NA | NA | $8.10 | $8.10 |
| 2 | American Education Services | 7200-000 | NA | $16,306.27 | $16,306.27 | $16,306.27 |
| 2I | American Education Services | 7990-000 | NA | NA | $138.54 | $138.54 |
| 3 | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP, | 7200-000 | NA | $16,996.42 | $16,996.42 | $16,996.42 |
| 3I | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP, | 7990-000 | NA | NA | $144.40 | $144.40 |
| 4 | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP, | 7200-000 | NA | $16,581.43 | $16,581.43 | $16,581.43 |
| 4I | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP, | 7990-000 | NA | NA | $140.87 | $140.87 |
| N/F | Aes/wachovia | 7100-000 | $7,991.00 | NA | NA | NA |
| N/F | Aes/wachovia | 7100-000 | $8,517.00 | NA | NA | NA |
| N/F | Aes/wachovia | 7100-000 | $7,991.00 | NA | NA | NA |

| N/F | Aes/wachovia | 7100-000 | $8,517.00 | NA | NA | NA |
|-----|--------------|----------|-----------|-----|-----|-----|
| N/F | Aes/wachovia | 7100-000 | $8,517.00 | NA | NA | NA |
| N/F | Aes/wachovia | 7100-000 | $7,991.00 | NA | NA | NA |
| N/F | Aes/wachovia | 7100-000 | $8,517.00 | NA | NA | NA |
| N/F | Aes/wachovia | 7100-000 | $7,991.00 | NA | NA | NA |
| N/F | American General Finan | 7100-000 | NA | NA | NA | NA |
| N/F | American General Finan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American General Finan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American General Finan | 7100-000 | NA | NA | NA | NA |
| N/F | American General Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American General Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American General Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American General Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ballys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ballys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ballys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ballys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ballys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ballys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ballys | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ballys | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Bank One Credit Bureau Depa | 7100-000 | $0.00 | NA | NA | NA |
|-----|------|----------|-------|-----|-----|-----|
| N/F | Bank One Credit Bureau Depa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank One Credit Bureau Depa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank One Credit Bureau Depa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank of America Bank of America | 7100-000 | $24,963.14 | NA | NA | NA |
| N/F | Bank of America Bank of America | 7100-000 | $24,963.14 | NA | NA | NA |
| N/F | Bankfirst | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bankfirst | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bankfirst | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bankfirst | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Berkeley Heartlab Inc | 7100-000 | $135.00 | NA | NA | NA |
| N/F | Berkeley Heartlab Inc | 7100-000 | $135.00 | NA | NA | NA |
| N/F | Berkeley Heartlab Inc | 7100-000 | $135.00 | NA | NA | NA |
| N/F | Berkeley Heartlab Inc | 7100-000 | $135.00 | NA | NA | NA |
| N/F | Best Buy HSBC Retail Services | 7100-000 | $5,956.47 | NA | NA | NA |
| N/F | Best Buy HSBC Retail Services | 7100-000 | $5,956.47 | NA | NA | NA |
| N/F | BlueCross BlueShield | 7100-000 | $1,524.80 | NA | NA | NA |
| N/F | BlueCross BlueShield | 7100-000 | $1,524.80 | NA | NA | NA |
| N/F | CMRE Financial Services | 7100-000 | $200.00 | NA | NA | NA |
| N/F | CMRE Financial Services | 7100-000 | $200.00 | NA | NA | NA |

| N/F | Cach, LLC c/o John C. Bonewicz, P.C. | 7100-000 | $13,177.26 | NA | NA | NA |
| N/F | Cach, LLC c/o John C. Bonewicz, P.C. | 7100-000 | $13,177.26 | NA | NA | NA |
| N/F | Chase | 7100-000 | $11,504.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $15,208.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $15,214.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $15,208.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $11,504.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $11,504.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $15,214.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $11,504.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $15,208.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $15,208.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $15,214.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $15,214.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $11,760.24 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $15,214.93 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $11,760.24 | NA | NA | NA |

| N/F | Chase Cardmember Service | 7100-000 | $15,214.93 | NA | NA | NA |
|-----|--------------------------|----------|------------|----|----|----|
| N/F | Chase Cardmember service | 7100-000 | $15,537.48 | NA | NA | NA |
| N/F | Chase Cardmember service | 7100-000 | $15,537.48 | NA | NA | NA |
| N/F | Chela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Citibank Usa | 7100-000 | $643.00 | NA | NA | NA |
| N/F | Citibank Usa | 7100-000 | $643.00 | NA | NA | NA |
| N/F | Citibank Usa | 7100-000 | $643.00 | NA | NA | NA |
| N/F | Citibank Usa | 7100-000 | $643.00 | NA | NA | NA |
| N/F | Credit Union 1 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Union 1 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Union 1 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Union 1 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Union 1 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Union 1 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Union One A D | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Credit Union One A D | 7100-000 | $0.00 | NA | NA | NA |
|-----|----------------------|----------|-------|-----|-----|-----|
| N/F | Credit Union One A D | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Union One A D | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Creditors Interchange | 7100-000 | $17,021.42 | NA | NA | NA |
| N/F | Creditors Interchange | 7100-000 | $17,021.42 | NA | NA | NA |
| N/F | Dell Dell Preferred Account | 7100-000 | $165.65 | NA | NA | NA |
| N/F | Dell Dell Preferred Account | 7100-000 | $165.65 | NA | NA | NA |
| N/F | Dell Financial Services | 7100-000 | $163.00 | NA | NA | NA |
| N/F | Dell Financial Services | 7100-000 | $163.00 | NA | NA | NA |
| N/F | Gemb/walmart | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gemb/walmart | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gemb/walmart | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gemb/walmart | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HSBC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HSBC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HSBC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HSBC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Health Care Centers of Illinois | 7100-000 | $65.00 | NA | NA | NA |
| N/F | Health Care Centers of Illinois | 7100-000 | $65.00 | NA | NA | NA |
| N/F | Home Depot Home Depot Credit Services | 7100-000 | $643.37 | NA | NA | NA |
| N/F | Home Depot Home Depot Credit Services | 7100-000 | $643.37 | NA | NA | NA |

| N/F | Hsbc Best Buy | 7100-000 | $5,956.00 | NA | NA | NA |
| N/F | Hsbc Best Buy | 7100-000 | $5,956.00 | NA | NA | NA |
| N/F | Hsbc/rs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hsbc/rs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hsbc/rs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hsbc/rs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Il Designate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Il Designate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Il Designate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Il Designate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Il Designate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Il Designate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Il Designate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Il Designate | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MacNeal Health Network | 7100-000 | $234.07 | NA | NA | NA |
| N/F | MacNeal Health Network | 7100-000 | $234.07 | NA | NA | NA |
| N/F | MacNeal Home Care | 7100-000 | $120.00 | NA | NA | NA |
| N/F | MacNeal Home Care | 7100-000 | $120.00 | NA | NA | NA |
| N/F | MacNeal Hospital | 7100-000 | $220.00 | NA | NA | NA |
| N/F | MacNeal Hospital | 7100-000 | $220.00 | NA | NA | NA |
| N/F | MacNeal Physicians Group LLC | 7100-000 | $644.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | MacNeal Physicians Group LLC | 7100-000 | $644.00 | NA | NA | NA |
|-----|------|----------|---------|----|----|----|
| N/F | NES of Ohio | 7100-000 | $28,819.13 | NA | NA | NA |
| N/F | NES of Ohio | 7100-000 | $28,819.13 | NA | NA | NA |
| N/F | Nbgl-carsons | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nbgl-carsons | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nbgl-carsons | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nbgl-carsons | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rnb-fields3 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rnb-fields3 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rnb-fields3 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rnb-fields3 | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sears/cbsd | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sears/cbsd | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sears/cbsd | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Sears/cbsd | 7100-000 | $0.00 | NA | NA | NA |
|-----|-----------|----------|-------|-----|-----|-----|
| N/F | Spiegel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Spiegel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Spiegel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Spiegel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Student Loan Mkt Assn | 7100-000 | NA | NA | NA | NA |
| N/F | Student Loan Mkt Assn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Student Loan Mkt Assn | 7100-000 | NA | NA | NA | NA |
| N/F | Student Loan Mkt Assn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Student Loan Mkt Assn | 7100-000 | NA | NA | NA | NA |
| N/F | Student Loan Mkt Assn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Student Loan Mkt Assn | 7100-000 | NA | NA | NA | NA |
| N/F | Student Loan Mkt Assn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Toyota Toyota Financial Services | 7100-000 | $27,867.23 | NA | NA | NA |
| N/F | Toyota Toyota Financial Services | 7100-000 | $27,867.23 | NA | NA | NA |
| N/F | United Consumer Financial Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Consumer Financial Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Consumer Financial Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Consumer Financial Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | University of Illinois Med Center | 7100-000 | $275.00 | NA | NA | NA |
| N/F | University of Illinois Med Center | 7100-000 | $275.00 | NA | NA | NA |

| N/F | Unvl/citi | 7100-000 | $0.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Unvl/citi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Unvl/citi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Unvl/citi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | VHS of Illinois Inc | 7100-000 | $15.00 | NA | NA | NA |
| N/F | VHS of Illinois Inc | 7100-000 | $15.00 | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |

| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
|-----|------|----------|----|----|----|----|
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wach Ed Fin Notifications go to servicer of loan not | 7100-000 | NA | NA | NA | NA |
| N/F | Wachovia American Education Services | 7100-000 | $16,800.01 | NA | NA | NA |
| N/F | Wachovia American Education Services | 7100-000 | $16,800.01 | NA | NA | NA |
| N/F | Washington Mutual / Providian | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Washington Mutual / Providian | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Washington Mutual / Providian | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Washington Mutual / Providian | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wfnnb/express | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wfnnb/express | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wfnnb/express | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Wfnnb/express | 7100-000 | $0.00 | NA | NA | NA |
|-----|---------------|----------|-------|-----|-----|-----|
|     | **TOTAL GENERAL UNSECURED CLAIMS** | | **$611,534.40** | **$50,837.92** | **$51,269.83** | **$51,269.83** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  11-29124

**Case Name:**  BEDOLLA, JUAN CARLOS
LOPEZ, LOURDES

**For Period Ending:**  09/07/2017

**Trustee Name:**    (330623) Michael Desmond

**Date Filed (f) or Converted (c):**  07/15/2011 (f)

**§ 341(a) Meeting Date:**  08/16/2011

**Claims Bar Date:**  02/06/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: Colonial 4 bedrooms, 2 1/2 baths, kit | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Living Room Set | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Kids Bed Room Set | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Computers for School for kids | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Kitchen Appliances | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Master Bed Room Set | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Washer & Dryer | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Dining Room Set | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing for the Family | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Medical Malpractice claim (u) | 0.00 | 10,000.00 | | 640,000.00 | FA |
| **11** | **Assets        Totals**    (Excluding unknown values) | **$226,850.00** | **$10,000.00** | | **$640,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**    11-29124

**Case Name:**    BEDOLLA, JUAN CARLOS
LOPEZ, LOURDES

**For Period Ending:**    09/07/2017

**Trustee Name:**    (330623) Michael Desmond

**Date Filed (f) or Converted (c):**    07/15/2011 (f)

**§ 341(a) Meeting Date:**    08/16/2011

**Claims Bar Date:**   02/06/2015

**Major Activities Affecting Case Closing:**

     Trustee Final Report filed and set for hearing on August 3, 2017.

**Initial Projected Date Of Final Report (TFR):**      12/31/2016

**Current Projected Date Of Final Report (TFR):**      06/21/2017 (Actual)

| 09/07/2017 | /s/Michael Desmond |
|---|---|
| Date | Michael Desmond |

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-29124 | |
| **Case Name:** | BEDOLLA, JUAN CARLOS<br>LOPEZ, LOURDES | |
| **Taxpayer ID #:** | **-***6226 | |
| **For Period Ending:** | 09/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2000 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/16/2016 | {11} | Evanston Insurance Company<br><br>P.O. Box 2009<br>Glen Allen, VA 23058-2009 | Settlement payment pursuant to Order dated 8/11/16 | 1242-000 | 575,000.00 | | 575,000.00 |
| 09/16/2016 | {11} | Landmark American Insurance Company<br><br>945 East Paces Ferry Road, Suite 1800<br>Atlanta, GA 30326-1160 | Settlement Payment pursuant to Order dated 8/11/16 | 1242-000 | 65,000.00 | | 640,000.00 |
| 09/30/2016 | 101 | Beutel Hurst Boleky, LLC<br><br>350 N. LaSalle St., Suite 810<br>Chicago, IL 60654 | Attorney's Fees Special Counsel per Order dated 8/11/2016 | 3210-600 | | 213,312.00 | 426,688.00 |
| 09/30/2016 | 102 | Beutel Hurst Boleky, LLC<br><br>350 N. LaSalle St., Suite 810<br>Chicago, IL 60654 | Allowed Expenses for Special Counsel per Order dated 8/11/2016 | 3220-610 | | 7,900.18 | 418,787.82 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 336.61 | 418,451.21 |

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 11-29124

**Case Name:** BEDOLLA, JUAN CARLOS
LOPEZ, LOURDES

**Taxpayer ID #:** **-***6226

**For Period Ending:** 09/07/2017

**Trustee Name:** Michael Desmond (330623)

**Bank Name:** Rabobank, N.A.

**Account #:** ******2000 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/07/2016 | 103 | Equian, as Recovery Agent for Accident Fund Insurance Company of America<br><br>c/o Brian T. Bailey, Bailey & Bailey, 190 S. LaSalle St., Suite 2100<br>Chicago, IL 60603 | Medical Lien Claim Settlement payment pursuant to Order dated August 11, 2016 | 4220-000 | | 1,500.00 | 416,951.21 |
| 10/07/2016 | 104 | First Recovery Group, LLC<br><br>P.O. Box 771932<br>Detroit, MI 48277-1932 | Medical Lien Claim Settlement payment pursuant to Order dated August 11, 2016 - FRG File No. ******-**2211 | 4220-000 | | 7,000.00 | 409,951.21 |
| 10/07/2016 | 105 | BlueCross BlueShield of Illinois<br><br>Health Care Service Corporation, 25552 Network Place<br>Chicago, IL 60673-1255 | Medical Lien Claim Settlement payment pursuant to Order dated August 11, 2016 - Event I.D. 7434028 | 4220-000 | | 69,600.00 | 340,351.21 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 578.58 | 339,772.63 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 520.06 | 339,252.57 |

{} Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**                    ! - transaction has not been cleared

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 11-29124 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | BEDOLLA, JUAN CARLOS LOPEZ, LOURDES | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6226 | **Account #:** | ******2000 Checking |
| **For Period Ending:** | 09/07/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 486.63 | 338,765.94 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 519.66 | 338,246.28 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 454.08 | 337,792.20 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 502.06 | 337,290.14 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 452.79 | 336,837.35 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 532.94 | 336,304.41 |
| 08/07/2017 | 106 | Figliulo & Silverman, P.C. 10 S. LaSalle St., Suite 3600 Chicago, IL 60603 | Combined dividend payments for Claim #ATTY FEE, Expenses | | | 21,842.84 | 314,461.57 |
| | | | Claims Distribution - Mon, 08-07-2017 $21,750.00 | 3110-000 | | | 314,461.57 |
| | | | Claims Distribution - Mon, 08-07-2017 $92.84 | 3120-000 | | | 314,461.57 |

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 11-29124

**Case Name:** BEDOLLA, JUAN CARLOS
LOPEZ, LOURDES

**Taxpayer ID #:** **-***6226

**For Period Ending:** 09/07/2017

**Trustee Name:** Michael Desmond (330623)

**Bank Name:** Rabobank, N.A.

**Account #:** ******2000 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/2017 | 107 | Clerk of the US Bankruptcy Court<br><br>Eastern Division, 219 S. Dearborn St<br>Chicago, IL 60604 | Distribution payment - Dividend paid at 100.00% of $260.00; Claim # CLERK; Filed: $260.00 | 2700-000 | | 260.00 | 314,201.57 |
| 08/07/2017 | 108 | Martoccio & Martoccio<br><br>15 N. Lincoln St<br>Hinsdale, IL 60561 | Distribution payment - Dividend paid at 100.00% of $5,000.00; Claim # EXP; Filed: $5,000.00 | 3702-000 | | 5,000.00 | 309,201.57 |
| 08/07/2017 | 109 | Michael Desmond<br><br>10 South LaSalle<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $23,529.91; Claim # FEE; Filed: $23,529.91 | 2100-000 | | 23,529.91 | 285,671.66 |
| 08/07/2017 | 110 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services | Combined dividend payments for Claim #1, 1I | | | 961.90 | 284,709.76 |
| | | | Claims Distribution - Mon, 08-07-2017<br><br>$953.80 | 7100-000 | | | 284,709.76 |

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-29124 | |
| **Case Name:** | BEDOLLA, JUAN CARLOS | |
| | LOPEZ, LOURDES | |
| **Taxpayer ID #:** | **-***6226 | |
| **For Period Ending:** | 09/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2000 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Mon, 08-07-2017 | 7990-000 | | | 284,709.76 |
| | | | $8.10 | | | | |
| 08/07/2017 | 111 | American Education Services | Combined dividend payments for Claim #2, 2I | | | 16,444.81 | 268,264.95 |
| | | | Claims Distribution - Mon, 08-07-2017 | 7200-000 | | | 268,264.95 |
| | | | $16,306.27 | | | | |
| | | | Claims Distribution - Mon, 08-07-2017 | 7990-000 | | | 268,264.95 |
| | | | $138.54 | | | | |
| 08/07/2017 | 112 | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP, | Combined dividend payments for Claim #3, 3I, 4, 4I | | | 33,863.12 | 234,401.83 |
| | | | Claims Distribution - Mon, 08-07-2017 | 7200-000 | | | 234,401.83 |
| | | | $16,996.42 | | | | |
| | | | Claims Distribution - Mon, 08-07-2017 | 7990-000 | | | 234,401.83 |
| | | | $144.40 | | | | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 11-29124 |
| **Case Name:** | BEDOLLA, JUAN CARLOS<br>LOPEZ, LOURDES |
| **Taxpayer ID #:** | **-***6226 |
| **For Period Ending:** | 09/07/2017 |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2000 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Mon, 08-07-2017<br><br>$16,581.43 | 7200-000 | | | 234,401.83 |
| | | | Claims Distribution - Mon, 08-07-2017<br><br>$140.87 | 7990-000 | | | 234,401.83 |
| 08/07/2017 | 113 | BEDOLLA, JUAN CARLOS and LOPEZ, LOURDES<br><br>4125 S. CENTER AVE<br>LYONS, IL 60534 | Distribution payment - Dividend paid at 100.00% of $234,401.83; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 234,401.83 | 0.00 |
| | | | **COLUMN TOTALS** | | 640,000.00 | 640,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 640,000.00 | 640,000.00 | |
| | | | Less: Payments to Debtors | | | 234,401.83 | |
| | | | **NET Receipts / Disbursements** | | **$640,000.00** | **$405,598.17** | |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page:  7

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 11-29124

**Case Name:** BEDOLLA, JUAN CARLOS
LOPEZ, LOURDES

**Taxpayer ID #:** **-***6226

**For Period Ending:** 09/07/2017

**Trustee Name:** Michael Desmond (330623)

**Bank Name:** Rabobank, N.A.

**Account #:** ******2000 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2000 Checking | $640,000.00 | $405,598.17 | $0.00 |
| | **$640,000.00** | **$405,598.17** | **$0.00** |

| 09/07/2017 | /s/Michael Desmond |
|---|---|
| **Date** | **Michael Desmond** |

**UST Form 101-7-TDR (10 /1/2010)**